UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

   V.                                       CASE NO. 3:07 CR 63 (JBA)

LUIS CIURO

**AMENDED JUDGMENT**

      It is hereby Ordered that the Judgment For Revocation of Supervised Release entered by this Court in the above-entitled case on April 2, 2015 be amended as follows:

**"The Court recommends to the Bureau of Prisons that the defendant be designated to a facility as close as possible to Hartford, Connecticut."**

      In all other respects the Judgment For Revocation of Supervised Release entered by this Court on April 2, 2015 remains the same.

      It is So Ordered.

      Dated at New Haven, Connecticut, this 10th day of April, 2015.

                                                     /s/ _____
                                                     Janet Bond Arterton, U.S. District Judge